### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VISTEON CORPORATION, et al., | ) | Case No. 09-11786 (CSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| ------------------------------------------------------------------- | ) | |
| VISTEON CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 11-52193 (CSS) |
| | ) | |
| RYAN & COMPANY and RYAN TAX | ) | |
| COMPLIANCE SERVICES LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### MEDIATION STATUS REPORT

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that a mediation is scheduled for March 8, 2012, beginning at 1:00 p.m.

Dated: January 13, 2012

_____

Mark E. Felger (No. 3919)
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Phone: (302) 295-2000

NYC:216983.1